B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mogilevsky, Vadim** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Mogilevsky, Marina** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5031** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5550** |
| Street Address of Debtor (No. and Street, City, and State):<br>**631 E. Pennsylvania Drive, Unit T-6**<br>**Palatine, IL**　　　　　　　ZIP Code **60074** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**631 E. Pennsylvania Drive, Unit T-6**<br>**Palatine, IL**　　　　　　　ZIP Code **60074** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>　　　　　　　　　　　　　　ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>　　　　　　　　　　　　　　ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>　in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9　　of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12　☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13　　of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,　☐ Debts are primarily<br>　defined in 11 U.S.C. § 101(8) as　　business debts.<br>　"incurred by an individual primarily for<br>　a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>　to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>　classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                               **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mogilevsky, Vadim**<br>**Mogilevsky, Marina** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X  **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)** November 04, 2008<br>    Signature of Attorney for Debtor(s)         (Date)<br>      **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>  ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>  ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box)<br><br>  ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>  ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>  ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes)<br><br>  ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>  ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>  ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>  ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mogilevsky, Vadim**<br>**Mogilevsky, Marina** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Vadim Mogilevsky**
Signature of Debtor **Vadim Mogilevsky**

X **/s/ Marina Mogilevsky**
Signature of Joint Debtor **Marina Mogilevsky**

Telephone Number (If not represented by attorney)

**November  4, 2008**
Date

### Signature of Attorney*

X **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
Signature of Attorney for Debtor(s)

**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
Printed Name of Attorney for Debtor(s)

**Kaplan Law Offices, P.C.**
Firm Name

**4043 Dempster**
**Skokie, IL 60076**

Address

**Email: ayk@ameritech.net**
**847-676-8600  Fax: 847-676-8601**
Telephone Number

**November  4, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Vadim Mogilevsky**
**Marina Mogilevsky** _____   Case No. _____

                                              Debtor(s)       Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]_ ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Vadim Mogilevsky**
                                        **Vadim Mogilevsky**

Date:   **November  4, 2008**

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Vadim Mogilevsky**
**Marina Mogilevsky**                                                           Case No. _____

                                              Debtor(s)          Chapter    **7**  _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Marina Mogilevsky**
                        **Marina Mogilevsky**

Date:  **November  4, 2008**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Vadim Mogilevsky,**
       **Marina Mogilevsky**
                           Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,150.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 32,610.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 37 | | 383,140.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 4,971.21 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,952.79 |
| Total Number of Sheets of ALL Schedules | | 50 | | | |
| Total Assets | | | 7,200.00 | | |
| Total Liabilities | | | | 420,900.71 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vadim Mogilevsky,**
      **Marina Mogilevsky**

Case No. _____

                                   Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 32,610.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 32,610.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,971.21 |
| Average Expenses (from Schedule J, Line 18) | 4,952.79 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,345.21 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 150.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 32,610.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 383,140.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 383,290.71 |

B6A (Official Form 6A) (12/07)

.

In re   **Vadim Mogilevsky,**                              Case No. _____

       **Marina Mogilevsky**

_____,

                     Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

                          (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Vadim Mogilevsky,**                                Case No. _____

          **Marina Mogilevsky**

_____ ,

                       Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | | **Cash on hand** | J | 250.00 |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord** | J | 1,200.00 |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods and furnishings** | J | 500.00 |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | | **Necessary wearing apparel** | J | 250.00 |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **2,200.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
       **Marina Mogilevsky**                                             Case No. _____

_____ ,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Vadim Mogilevsky,**
    **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevy Malibu** | J | **5,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **5,000.00**
(Total of this page)
Total >   **7,200.00**

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  **Vadim Mogilevsky,**  Case No. _____
      **Marina Mogilevsky**

                                 Debtors        ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)    $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit with landlord** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Household Goods and Furnishings** | | | |
| **Household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Necessary wearing apparel** | **735 ILCS 5/12-1001(a)** | **250.00** | **250.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2004 Chevy Malibu** | **735 ILCS 5/12-1001(c)** | **4,800.00** | **5,000.00** |

                                       Total:    **7,000.00**    **7,200.00**

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Vadim Mogilevsky,**  
  **Marina Mogilevsky**  
                                                            Case No. _____

                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **154904775416** | | | | **Opened  2/01/04** | | | | | |
| **Creditor #: 1** **G M A C** **15303 S 94th Ave** **Orland Park, IL 60462** | | | J | **Purchase Money Security** **2004 Chevy Malibu** | | X | | | |
| | | | | Value $          **5,000.00** | | | | **5,150.00** | **150.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | **5,150.00** | **150.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **5,150.00** | **150.00** |

B6E (Official Form 6E) (12/07)

.

In re    **Vadim Mogilevsky,**                                    Case No. _____
         **Marina Mogilevsky**
                                                                  ,
                                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re **Vadim Mogilevsky,**
       **Marina Mogilevsky**                                        Case No. _____
                                            Debtors ,

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-5031//xxx-xx-5550** Creditor #: 1 **Illinois Department of Revenue Bankruptcy Section, Level 7-425 100 W. Randolph St. Chicago, IL 60606** | | J | **12/2006 & 12/2007** **Illinois Income Taxes** | | X | | 6,610.00 | 0.00 | 6,610.00 |
| Account No. **xxx-xx-5031** Creditor #: 2 **Internal Revenue Service PO Box 970006 Saint Louis, MO 63197-0006** | | J | **12/2003, 12/2005, 12/2006, 12/2007** **Federal Income Taxes** | | X | | 26,000.00 | 0.00 | 26,000.00 |
| Account No. Representing: **Internal Revenue Service** | | | **Internal Revenue Service PO Box 745 District Director Chicago, IL 60690** | | | | | | |
| Account No. Representing: **Internal Revenue Service** | | | **Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114** | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 32,610.00 | 0.00 | 32,610.00 |
|---|---|---|---|---|
| | Total (Report on Summary of Schedules) | 32,610.00 | 0.00 | 32,610.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Vadim Mogilevsky,**
**Marina Mogilevsky,**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **-618727** | | | | | Construction/plumbing work | | | | |
| Creditor #: 1 **ABC Plumbing, Heating, & Cooling c/o Certified Services, Inc. PO Box 177 Waukegan, IL 60079** | | H | | | | | X | | |
| | | | | | | | | | 425.06 |
| Account No. 406000848 | | | | | 08/2005 Check #1132 | | | | |
| Creditor #: 2 **Advance Till Payday 943 W. Wise Road Schaumburg, IL 60193** | | J | | | | | | | |
| | | | | | | | | | 467.40 |
| Account No. | | | | | Advance Till Payday, Inc. 39 S. Northwest Highway Palatine, IL 60074 | | | | |
| Representing: **Advance Till Payday** | | | | | | | | | |
| | | | | | | | | | |
| Account No. **2-017177107** | | | | | Opened 11/01/06 Collection Cingular 00000255502766 | | | | |
| Creditor #: 3 **Afni, Inc. Po Box 3427 Bloomington, IL 61702** | | W | | | | | X | | |
| | | | | | | | | | 155.00 |
| | | | | | Subtotal (Total of this page) | | | | 1,047.46 |

__36__  continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     S/N:30457-081009    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**                                        Case No. _____
      **Marina Mogilevsky**
_____ ,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CINGULAR-2017177107** <br><br>**Creditor #: 4**<br>**Afni-Bloom**<br>**404 Brock Dr  Po Box 3097**<br>**Bloomington, IL 61701** | | W | **Last Active  3/01/04**<br>**Duplicate; collection for Cingular; included for purposes of notice and discharge.** | | X | | <br><br><br><br>0.00 |
| Account No. **239346001** <br><br>**Creditor #: 5**<br>**Allied Interstate Inc**<br>**435 Ford Rd Ste 800**<br>**Minneapolis, MN 55426** | | W | **Opened  2/01/08  Last Active 10/01/06**<br>**Collection for Directv** | | X | | <br><br><br><br>97.00 |
| Account No. **07-M1-106443** <br><br>**Creditor #: 6**<br>**American General**<br>**20 N. Clark St., Unit 2600**<br>**Chicago, IL 60602** | | H | **Suit filed Jan. 2007**<br>**Credit account.** | | X | | <br><br><br><br>3,449.32 |
| Account No. **1060558042137233** <br><br>**Creditor #: 7**<br>**American General Finan**<br>**3632 W 95th St**<br>**Evergreen Park, IL 60805** | | H | **Opened  1/01/06**<br>**Repoed Mazda MX6 in March/Feb. 2007.** | | X | | <br><br><br><br>3,456.00 |
| Account No. <br><br>**Representing:**<br>**American General Finan** | | | **American General Finance**<br>**Golf Point Plaza**<br>**309 W. Golf Rd., Ste. 3**<br>**Schaumburg, IL 60195-5344** | | | | |

Sheet no. __1__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,002.32

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**                                                                    Case No. _____
         **Marina Mogilevsky**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1002145586** <br><br> **Creditor #: 8** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 8/01/07** <br> **CollectionAttorney Village Of Palatine** | | | | 60.00 |
| Account No. **1001626089** <br><br> **Creditor #: 9** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 2/01/05 Last Active 10/01/04** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **1001629486** <br><br> **Creditor #: 10** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 2/01/05 Last Active 11/01/04** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **1001633639** <br><br> **Creditor #: 11** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 2/01/05 Last Active 11/01/04** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **1001633640** <br><br> **Creditor #: 12** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 2/01/05 Last Active 11/01/04** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |

Husband, Wife, Joint, or Community

Sheet no. __**2**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                240.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**
      **Marina Mogilevsky**                                           ,     Case No. _____

                                             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1001676564** <br><br> **Creditor #: 13** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 4/01/05 Last Active 1/01/05** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **1001676565** <br><br> **Creditor #: 14** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 4/01/05 Last Active 1/01/05** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **1001740236** <br><br> **Creditor #: 15** <br> **Armor Systems Co** <br> **1700 Kiefer Dr Ste 1** <br> **Zion, IL 60099** | | H | **Opened 8/01/05 Last Active 4/01/05** <br> **CollectionAttorney Village Of Arlington** | | | | 45.00 |
| Account No. **0440 0000 5194 2504** <br><br> **Creditor #: 16** <br> **Associated Credit Services, Inc.** <br> **105B South St.** <br> **PO Box 9100** <br> **Hopkinton, MA 01748** | | J | **Collections for Charter One Bank** | | X | | 3,219.47 |
| Account No. **002874322860** <br><br> **Creditor #: 17** <br> **Bank of America** <br> **c/o Weltman, Weinberg, & Reis, Co.** <br> **175 South 3rd Street, Ste. 900** <br> **Columbus, OH 43215** | | W | **Collection for Bank of America #6643777** | | X | | 11,188.68 |

| | |
|---|---|
| Sheet no. __3__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **14,543.15** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**
**Marina Mogilevsky**                                                    Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XZ964436** <br><br> Creditor #: 18 <br> **BlueCross BlueShield** <br> **of Minnesota** <br> **PO Box 64560** <br> **Saint Paul, MN 55164-0560** | | J | **07/2006** <br> **North Shore Lung Specialist SC** <br> **# 01291451** <br> **Medical** | | | | **1.00** |
| Account No. **XZ2964436** <br><br> Creditor #: 19 <br> **BlueCross BlueShield** <br> **of Minnesota** <br> **PO Box 64560** <br> **Saint Paul, MN 55164-0560** | | J | **07/2006** <br> **Sanders Court Pediatrics, Ltd** <br> **#006 5810 01** | | | | **126.00** |
| Account No. **XZ2964436** <br><br> Creditor #: 20 <br> **BlueCross BlueShield** <br> **of Minnesota** <br> **PO Box 64560** <br> **Saint Paul, MN 55164-0560** | | J | **07/2006** <br> **Medical** <br> **Northwest Heart Association #48547** | | | | **Unknown** |
| Account No. **XZ2964436** <br><br> Creditor #: 21 <br> **BlueCross BlueShield** <br> **of Minnesota** <br> **PO Box 64560** <br> **Saint Paul, MN 55164-0560** | | J | **07/2006** <br> **Medical** <br> **Northwest Suburban Anesthesia** <br> **MNW60714320607** | | | | **Unknown** |
| Account No. **XZ2964436** <br><br> Creditor #: 22 <br> **BlueCross BlueShield** <br> **of Minnesota** <br> **PO Box 64560** <br> **Saint Paul, MN 55164-0560** | | J | **07/2006** <br> **Medical** <br> **Northwestern Surgical Associate** <br> **#469000007582** | | | | **Unknown** |

Sheet no. __4__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**127.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vadim Mogilevsky,**
    **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. XZ2964436<br>Creditor #: 23<br>BlueCross BlueShield<br>of Minnesota<br>PO Box 64560<br>Saint Paul, MN 55164-0560 | | J | 07/2006<br>Medical<br>Arlington Ridge Pathology SC<br>0001918355-0094 | | | | Unknown |
| Account No. XZ2964436<br>Creditor #: 24<br>BlueCross BlueShield<br>of Minnesota<br>PO Box 64560<br>Saint Paul, MN 55164-0560 | | J | 08/2006<br>Medical<br>ENH Medical Group<br>EP22598110 | | | | Unknown |
| Account No. XZ2964436<br>Creditor #: 25<br>BlueCross BlueShield<br>of Minnesota<br>PO Box 64560<br>Saint Paul, MN 55164-0560 | | J | 07/2006<br>Medical<br>Suburban Surgical Care Specialists<br>1905C7E | | | | Unknown |
| Account No. XZ2964436<br>Creditor #: 26<br>BlueCross BlueShield<br>of Minnesota<br>PO Box 64560<br>Saint Paul, MN 55164-0560 | | J | 06/2006<br>Medical<br>Northwest Suburban Medical<br>17619C0Y | | | | Unknown |
| Account No. XZ2964436<br>Creditor #: 27<br>BlueCross BlueShield<br>of Minnesota<br>PO Box 64560<br>Saint Paul, MN 55164-0560 | | J | 07/2006<br>Northwest Suburban Medical<br>17619C0Z<br>Medical | | | | Unknown |

Sheet no. __5__ of __36__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
       **Marina Mogilevsky**                                            Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XZ2964436**<br><br>**Creditor #: 28**<br>**BlueCross BlueShield**<br>**of Minnesota**<br>**PO Box 64560**<br>**Saint Paul, MN 55164-0560** | | J | **07/2006**<br>**Medical**<br>**ENH Medical Group**<br>**EP22249410** | | | | **Unknown** |
| Account No. **XZ2964436**<br><br>**Creditor #: 29**<br>**BlueCross BlueShield**<br>**of Minnesota**<br>**PO Box 64560**<br>**Saint Paul, MN 55164-0560** | | J | **07/2006**<br>**Medical**<br>**Northshore Lung Association**<br>**01291441** | | | | **Unknown** |
| Account No. **XZ2964436**<br><br>**Creditor #: 30**<br>**BlueCross BlueShield BluePlus**<br>**of Minnesota**<br>**PO Box 64676, Route M103**<br>**Saint Paul, MN 55164** | | J | **01/2007**<br>**Medical** | | | | **179.36** |
| Account No. **5178-0523-3865-2056**<br><br>**Creditor #: 31**<br>**Capital Management Services, Inc.**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | J | **01/2007**<br>**Capital One**<br>**credit account**<br>**Atlantic Credit & Finance** | | | | **1,584.05** |
| Account No. **319-0912742**<br><br>**Creditor #: 32**<br>**CCB**<br>**5300 S 6th Street**<br>**Springfield, IL 62703-5184** | | J | **04/2006**<br>**Cottonwood Fin** | | | | **1,445.65** |

Sheet no. __6___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,209.06**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**                                              Case No. _____
        **Marina Mogilevsky**

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: CCB** | | | | | **CCB Credit Services PO Box 272 Springfield, IL 62705-0272** | | | | |
| Account No. **GRAND VIC-17606803** **Creditor #: 33 Certegy P.O. Box 30046 Tampa, FL 33630** | | W | | | Opened  1/01/04  Last Active  1/01/04 ChargeAccount | | | | 305.00 |
| Account No. **Q618727** **Creditor #: 34 Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL 60085** | | H | | | Opened  6/01/06  Last Active  4/01/06 CollectionAttorney Abc Plumbing  Heatin | | | | 422.00 |
| Account No. **Representing: Certified Services Inc** | | | | | **Certified Services, Inc. PO Box 177 Waukegan, IL 60079-0177** | | | | |
| Account No. **1110-0000-0650-6225-09** **Creditor #: 35 Chase Bank 340 S. Cleveland Avenue, Bldg 370 OH1-1188 Westerville, OH 43081** | | J | | | Prior to 06/2008 credit account | | | | 2,232.53 |

Sheet no. __7___ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | 2,959.53 |
|---|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
        **Marina Mogilevsky**                                    Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Representing: Chase Bank** | | | | | **Chase National Payment Services PO Box 182223 Columbus, OH 43218** | | | | |
| Account No. **1816083104385917** **Creditor #: 36 Check Recovery Systems 6700 S. Centinela Blvd 3 Culver City, CA 90230** | | | W | | Opened  6/01/04 ReturnedCheck Safeway | | | | 225.00 |
| Account No. **1816083104387589** **Creditor #: 37 Check Recovery Systems 6700 S. Centinela Blvd 3 Culver City, CA 90230** | | | W | | Opened  6/01/04 ReturnedCheck Safeway | | | | 225.00 |
| Account No. **1816113006610327** **Creditor #: 38 Check Recovery Systems 6700 S. Centinela Blvd 3 Culver City, CA 90230** | | | W | | Opened  9/01/06 ReturnedCheck Safeway | | | | 225.00 |
| Account No. **1816113006610745** **Creditor #: 39 Check Recovery Systems 6700 S. Centinela Blvd 3 Culver City, CA 90230** | | | W | | Opened  9/01/06 ReturnedCheck Safeway | | | | 225.00 |

Sheet no. __8__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                             **900.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                             Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
     **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1816113006610920** <br><br> **Creditor #: 40** <br> **Check Recovery Systems** <br> **6700 S. Centinela Blvd 3** <br> **Culver City, CA 90230** | | W | **Opened  9/01/06** <br> **ReturnedCheck Safeway** | | | | **164.00** |
| Account No. **542418083965** <br><br> **Creditor #: 41** <br> **Citi** <br> **Po Box 6241** <br> **Sioux Falls, SD 57117** | | W | **Opened  5/01/95  Last Active 12/23/05** <br> **CreditCard** | | | | **6,305.00** |
| Account No. <br><br> Representing: <br> Citi | | | **Blatt, Hasenmiller, Leibsker, Moore** <br> **125 South Wacker Drive, Suite 400** <br> **Chicago, IL 60606-4440** | | | | |
| Account No. <br><br> Representing: <br> Citi | | | **Richard A. Snow** <br> **123 W. Madison, Ste. 310** <br> **Chicago, IL 60602** | | | | |
| Account No. **08-M1-127515** <br><br> **Creditor #: 42** <br> **CitiBank** <br> **c/o Blatt, Hasenmiller, Leibsker &** <br> **125 S. Wacker Dr., Suite 400** <br> **Chicago, IL 60606** | | W | **Judgment entered June 12, 2008** <br> **Collection for Citibank; judgment entered in** <br> **June 12, 2008 for $6,965.25; maybe duplicate;** <br> **included for purposes of notice and discharge.** | | | X | **0.00** |

Sheet no. **9** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,469.00 |
|---|

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
       **Marina Mogilevsky**                                          Case No. _____

                                        _____,
                                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6073365815304484** <br><br> **Creditor #: 43** <br> **Citifinancia** <br> **P.O. B  499** <br> **Hanover, MD 21076** | | J | **Opened  1/06/05  Last Active 10/01/06** <br> **Unsecured** | | | | **11,383.00** |
| Account No. <br><br> **Representing:** <br> **Citifinancia** | | | **Richard A. Snow** <br> **123 W. Madison, Ste. 310** <br> **Chicago, IL 60602** | | | | |
| Account No. **6074395615337056** <br><br> **Creditor #: 44** <br> **Citifinancial** <br> **Po Box 499** <br> **Hanover, MD 21076** | | J | **Opened  1/01/05  Last Active  4/28/07** <br> **Unsecured** | | | | **9,411.00** |
| Account No. <br><br> **Representing:** <br> **Citifinancial** | | | **Richard A. Snow** <br> **123 W. Madison, Ste. 310** <br> **Chicago, IL 60602** | | | | |
| Account No. **06-M1-696052** <br><br> **Creditor #: 45** <br> **City of Chicago** <br> **c/o Harris Arnold & Scott, P.C.** <br> **600 W. Jackson Blvd., Ste. 710** <br> **Chicago, IL 60661** | | H | **City of Chicago Code violations** | | X | | **834.00** |

Sheet no. __10__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,628.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
**Marina Mogilevsky**
                                                                Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05-M1-182102** | | | Credit account. | | | | |
| **Creditor #: 46 Cottonwood Finance c/o Baker Miller 29 N. Wacker Drive Chicago, IL 60603** | | H | | | X | | 1,659.28 |
| Account No. | | | Cottonwood Financial 2101 W. Ban White Blvd., Ste. 103 Austin, TX 78704 | | | | |
| **Representing: Cottonwood Finance** | | | | | | | |
| Account No. | | | Paragon Way, Inc 2101 W. Ben White Boulevard Suite 103 Austin, TX 78704 | | | | |
| **Representing: Cottonwood Finance** | | | | | | | |
| Account No. **xxx-xx-5550** | | | Collection for credit account; maybe Citifinancial, but debtor unsure. | | | | |
| **Creditor #: 47 Creditor c/o Robert M. Wolfberg, Esq. 300 N. Elizabeth, Ste. 4-E Chicago, IL 60607** | | W | | | X | | 313.75 |
| Account No. **xxx-xx-5550** | | | Collection for credit account; maybe Citifinancial, but debtor unsure. | | | | |
| **Creditor #: 48 Creditor c/o Robert M. Wolfberg, Esq. 300 N. Elizabeth, Ste. 4-E Chicago, IL 60607** | | W | | | X | | 704.24 |

Sheet no. __11__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,677.27**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vadim Mogilevsky,**
   **Marina Mogilevsky**
                                                                          Case No. _____
                                                                        ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **017671379** | | | Utilities | | | | |
| **Creditor #: 49**<br>**DirectTV**<br>**c/o CBE Group, Inc.**<br>**PO Box 78626**<br>**Phoenix, AZ 85062** | | W | | | X | | 97.01 |
| Account No. | | | **DirectTV**<br>**111 N. Canal Street**<br>**Chicago, IL 60606** | | | | |
| **Representing:**<br>**DirectTV** | | | | | | | |
| Account No. **NE-A0236009AAA** | | | 08/2006<br>Medical | | | | |
| **Creditor #: 50**<br>**ENH Medical Group /ENH Pathol-C**<br>**ENH 23159 Network Place**<br>**Chicago, IL 60673-1231** | | J | | | | | 132.00 |
| Account No. **NE-A0236009AAB** | | | 08/2006<br>Medical | | | | |
| **Creditor #: 51**<br>**ENH Medical Group /ENH Pathol-C**<br>**ENH 23159 Network Place**<br>**Chicago, IL 60673-1231** | | J | | | | | 192.00 |
| Account No. **66-6482423** | | | 08/2006<br>Medical | | | | |
| **Creditor #: 52**<br>**ENH Medical Group Specialty Practic**<br>**23139 Network Place**<br>**Chicago, IL 60673-1231** | | J | | | | | 468.00 |

Sheet no. __12__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

889.01

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                  Case No. _____
      **Marina Mogilevsky**

                                                ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **94-6482423**<br><br>**Creditor #: 53**<br>**ENH Radiology**<br>**34618 Eagle Way**<br>**Chicago, IL 60678-1346** | | J | **08/2006**<br>**Medical** | | | | **450.00** |
| Account No. **12627227**<br><br>**Creditor #: 54**<br>**Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | H | **Opened  6/01/08  Last Active 10/01/06**<br>**CollectionAttorney At T** | | | | **165.00** |
| Account No. **T-35373987**<br><br>**Creditor #: 55**<br>**ER Solutions, Inc.**<br>**PO Box 9004**<br>**Renton, WA 98057-9004** | | J | **09/2006**<br>**Dell Financial Services**<br>**6879-4501-1900-0472-237** | | | | **1,816.38** |
| Account No. **6324560**<br><br>**Creditor #: 56**<br>**Ffcc-Columbus Inc**<br>**1550 Old Henderson Rd St**<br>**Columbus, OH 43220** | | H | **Opened  2/01/06  Last Active 7/01/04**<br>**CollectionAttorney Pizza   Nsf** | | | | **48.00** |
| Account No. **388888154100001**<br><br>**Creditor #: 57**<br>**First Midwest Bank/Na**<br>**300 N Hunt Club Rd**<br>**Gurnee, IL 60031** | | H | **Opened  8/01/00  Last Active 7/01/02**<br>**CreditLineSecured** | | | | **Unknown** |

Sheet no. __**13**__ of __**36**__ sheets attached to Schedule of             Subtotal                   **2,479.38**
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                                    Case No. _____
       **Marina Mogilevsky**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6038527** <br><br> **Creditor #: 58** <br> **First Revenue Assuranc** <br> **200 Fillmore St Ste 300** <br> **Denver, CO 80206** | | H | **Opened  1/01/06** <br> **CollectionAttorney** | | | | 91.00 |
| Account No. **4024-1120-2039-2715** <br><br> **Creditor #: 59** <br> **Focus Receivables Management,** <br> **1130 Northchase Parkway, Suite 150** <br> **Marietta, GA 30067** | | J | 01/2007 <br> credit account <br> **Worldwide Asset Purchasing II, LLC** | | | | 1,147.03 |
| Account No. <br><br> **Representing:** <br> **Focus Receivables Management,** | | | **Focus Receivables Management, LLC** <br> **PO Box 725069** <br> **Atlanta, GA 31139-2069** | | | | |
| Account No. **06907607** <br><br> **Creditor #: 60** <br> **Gemache & Myers, P.C.** <br> **1111 Woods Mill Road** <br> **Suite 180** <br> **Town & Country (St. Louis), MO 63017** | | J | 10/2006 <br> credit account <br> **Bank of America** | | | | 11,188.68 |
| Account No. **4785950** <br><br> **Creditor #: 61** <br> **Genesisfin** <br> **8705 Sw Nimbus Ave** <br> **Beaverton, OR 97008** | | W | **Opened 10/20/05** <br> **Collection 15 Certegy** | | | | 525.00 |

Sheet no. __**14**__ of __**36**__ sheets attached to Schedule of                          Subtotal                    | 12,951.71
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                                      Case No. _____
       **Marina Mogilevsky**
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4785951** | | | | Opened 10/20/05 | | | | |
| **Creditor #: 62** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | **Collection 15 Certegy** | | | | 525.00 |
| Account No. **4785952** | | | | Opened 10/20/05 | | | | |
| **Creditor #: 63** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | **Collection 15 Certegy** | | | | 525.00 |
| Account No. **4785953** | | | | Opened 10/20/05 | | | | |
| **Creditor #: 64** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | **Collection 15 Certegy** | | | | 525.00 |
| Account No. **4785964** | | | | Opened 10/20/05 | | | | |
| **Creditor #: 65** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | **Collection 15 Certegy** | | | | 525.00 |
| Account No. **4785966** | | | | Opened 10/20/05 | | | | |
| **Creditor #: 66** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | **Collection 15 Certegy** | | | | 525.00 |

Sheet no. __**15**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                       **2,625.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**                                          Case No. _____
         **Marina Mogilevsky**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4785967** | | | Opened 10/20/05 | | | | |
| **Creditor #: 67** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | **Collection 15 Certegy** | | | | **525.00** |
| Account No. **4785969** | | | Opened 10/20/05 | | | | |
| **Creditor #: 68** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | **Collection 15 Certegy** | | | | **525.00** |
| Account No. **4785917** | | | Opened 10/20/05 | | | | |
| **Creditor #: 69** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | **Collection 15 Certegy** | | | | **330.00** |
| Account No. **4785965** | | | Collection | | | | |
| **Creditor #: 70** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | | | X | **525.00** |
| Account No. **4785968** | | | Collection | | | | |
| **Creditor #: 71** **Genesisfin** **8705 Sw Nimbus Ave** **Beaverton, OR 97008** | | W | | | | X | **525.00** |

Sheet no. **16** of **36** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,430.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                                    Case No. _____
     **Marina Mogilevsky**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **23754**<br><br>**Creditor #: 72**<br>**Global Netwk**<br>**5320 College Blvd**<br>**Shawnee Missio, KS 66211** | | J | **Opened 2/27/08 Last Active 5/20/08**<br>**CheckCreditOrLineOfCredit** | | | | **3,023.00** |
| Account No. **55880693**<br><br>**Creditor #: 73**<br>**Global Payments Check**<br>**6215 W Howard St**<br>**Niles, IL 60714** | | J | **Opened 6/01/03 Last Active 6/01/03**<br>**ReturnedCheck** | | | | **25.00** |
| Account No. **2036518069320914**<br><br>**Creditor #: 74**<br>**H&F Law**<br>**33 N Lasalle**<br>**Chicago, IL 60602** | | H | **Opened 1/12/05 Last Active 9/23/05**<br>**Collection Tcf National Bank** | | | | **200.00** |
| Account No. **10091961**<br><br>**Creditor #: 75**<br>**Harvard Collection Services, Inc.**<br>**4839 N. Elston**<br>**Chicago, IL 60630** | | J | **01/2007**<br>**Illinois Department of Revenue** | | | | **59.47** |
| Account No. **410028-26-107259-4**<br><br>**Creditor #: 76**<br>**HFC**<br>**PO Box 17574**<br>**Baltimore, MD 21297-1574** | | J | **Mortgage**<br>**Second real estate mortgage on 110 Steeple Drive, Unit E, Buffalo Grove, Illinois. Property forclosed upon by creditor in 2006. Amount reflects original judgment and not outstanding balance, if any.** | | | X | **39,416.00** |

Sheet no. __17__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**42,723.47**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vadim Mogilevsky,**
    **Marina Mogilevsky**

Case No. _____

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Representing: HFC** | | | | Hollander Law Offices, LLC PO Box 105130 Atlanta, GA 30348-5130 | | | | |
| Account No. **41002800106840** **Creditor #: 77** **Hollander Law Offices, LLC** **Po Box 105130** **Atlanta, GA 30348-5130** | | J | | 11/2007 worldwide asset purchasing ii, llc | | | | 45,731.05 |
| Account No. **0000001002822706** **Creditor #: 78** **Houston Funding II, LLC** **2620 Fountainview, Suite 305** **Houston, TX 77057** | | J | | Prior to 06/2008 Saks | | | | 584.84 |
| Account No. **1002822706** **Creditor #: 79** **Hsbc/Saks** **140 W Industrial Dr** **Elmhurst, IL 60126** | | W | | Opened 8/01/98 ChargeAccount | | | | 585.00 |
| Account No. **Representing: Hsbc/Saks** | | | | Houston Funding II, LTD. 2620 Fountainview, Unit 305 Houston, TX 77057 | | | | |

Sheet no. __18__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**46,900.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**                                                    Case No. _____
         **Marina Mogilevsky**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 4242752118 <br><br> **Creditor #: 80** <br>**I C System Inc** <br>**Po Box 64378** <br>**Saint Paul, MN 55164** | | W | | **Opened 12/01/06  Last Active  4/01/06** <br>**CollectionAttorney Scott D. Glazer  M.** | | | | 177.00 |
| Account No. 4242300980 <br><br> **Creditor #: 81** <br>**I C System Inc** <br>**Po Box 64378** <br>**Saint Paul, MN 55164** | | H | | **Opened 10/01/06  Last Active  4/01/06** <br>**CollectionAttorney David Mittelman M D** | | | | 175.00 |
| Account No. 0813564720-067 <br><br> **Creditor #: 82** <br>**Illinois Depart of Revenue** <br>**PO Box 19025** <br>**Springfield, IL 62794-9025** | | J | | **07/2008** | | | | 1,804.57 |
| Account No. 43759111207 <br><br> **Creditor #: 83** <br>**Island National Group** <br>**6851 Jericho Turnpike, Suite 180** <br>**Syosset, NY 11791** | | J | | **Prior to 03/2008** <br>**Masrhsall Fields/Macy's Retail Holdings Inc.** <br>**credit account** <br>**684955718883 Access Code** | | | | 3,249.79 |
| Account No. 4685644 <br><br> **Creditor #: 84** <br>**J.C.Christensen & Associates, Inc.** <br>**PO Box 519** <br>**Sauk Rapids, MN 56379** | | J | | **01/2007** <br>**Nordstrom FSB** <br>**208759352** <br>**credit account** | | | | 1,241.89 |

Sheet no. __19__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,648.25

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
**Marina Mogilevsky**                                                    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **8640** | | | 12/2006 | | | | |
| **Creditor #: 85** **John Lee Jackson** **1445 Langham Creek Drive** **Houston, TX 77084** | | J | Metra | | | | 141.10 |
| Account No. | | | Universal Fidelity, LP | | | | |
| **Representing:** **John Lee Jackson** | | | Att: John Jackson PO Box 941911 Houston, TX 77094-8911 | | | | |
| Account No. **5424180325717137** | | | Opened 1/01/08 Last Active 9/01/05 | | | | |
| **Creditor #: 86** **Lvnv Funding Llc** **Po Box 740281** **Houston, TX 77274** | | H | Credit account | | X | | 14,706.00 |
| Account No. | | | Capital Management Services, Inc. | | | | |
| **Representing:** **Lvnv Funding Llc** | | | 726 Exchange Street, Ste. 700 Buffalo, NY 14210 | | | | |
| Account No. **7302822727816818** | | | Opened 12/01/04 | | | | |
| **Creditor #: 87** **Lvnv Funding Llc** **Po Box 740281** **Houston, TX 77274** | | H | Credit account | | X | | 441.00 |

Sheet no. __20__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **15,288.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                                    Case No. _____
       **Marina Mogilevsky**

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**Lvnv Funding Llc** | | | | | **Northland Group, Inc.**<br>**PO Box 390846**<br>**Minneapolis, MN 55439** | | | | |
| Account No. **7302822673476542**<br>**Creditor #: 88**<br>**Lvnv Funding Llc**<br>**Po Box 740281**<br>**Houston, TX 77274** | | | W | | **Opened 11/01/06  Last Active  9/25/05**<br>**Credit account** | | | | 174.00 |
| Account No. **43-727-541-323-0**<br>**Creditor #: 89**<br>**Macy's**<br>**PO Box 689195**<br>**Des Moines, IA 50368-9195** | | | | J | **01/2007**<br>**credit account** | | | | 632.05 |
| Account No. **35822001**<br>**Creditor #: 90**<br>**Mage & Price**<br>**707 Lake Cook Road**<br>**Deerfield, IL 60015** | | | W | | **Opened  2/22/08**<br>**Collection West Suburban Curren** | | | | 300.00 |
| Account No. **MK5867NWS**<br>**Creditor #: 91**<br>**Med Busi Bur**<br>**1460 Renaissance D**<br>**Park Ridge, IL 60068** | | H | | | **Opened  3/13/07**<br>**Collection Med1 Medical** | | | | 105.00 |

Sheet no. __21__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    | 1,211.05
(Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                    Case No. _____
       **Marina Mogilevsky**
_____,
                                        Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **MK5867** <br><br> **Creditor #: 92** <br> **Medical Business Bureau, LLC** <br> **PO Box 1219** <br> **Park Ridge, IL 60068-7219** | | J | | **03/2006** <br> **Medical** <br> **Northwest SuburbanMK5867-6031544** | | | | 105.53 |
| Account No. <br><br> **Representing:** <br> **Medical Business Bureau, LLC** | | | | **Medical Business Bureau, LLC** <br> **1175 Devin Drive, Suite 171** <br> **Norton Shores, MI 49441** | | | | |
| Account No. 8525203979 <br><br> **Creditor #: 93** <br> **Midland** <br> **8875 Aero Drive Suite 200** <br> **San Diego, CA 92123** | | W | | **Last Active  6/01/05** <br> **Credit account** | | | | 2,015.00 |
| Account No. 8528149981 <br><br> **Creditor #: 94** <br> **Midland Cred** <br> **8875 Aero Dr** <br> **San Diego, CA 92123** | | H | | **Opened 12/01/04** <br> **Collection Capital One** | | | X | 1,584.00 |
| Account No. <br><br> **Representing:** <br> **Midland Cred** | | | | **Capital Management Services, Inc.** <br> **726 Exchange Street, Ste. 700** <br> **Buffalo, NY 14210** | | | | |

Sheet no. __**22**__ of __**36**__ sheets attached to Schedule of                     Subtotal                3,704.53
Creditors Holding Unsecured Nonpriority Claims                                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
       **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8525203979<br><br>**Creditor #: 95**<br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | W | Opened 10/01/07<br>Credit account | | | | 2,015.00 |
| Account No. 8525776781<br><br>**Creditor #: 96**<br>**Midland Credit Mgmt**<br>**8875 Aero Dr**<br>**San Diego, CA 92123** | | W | Opened 12/01/07  Last Active  9/01/04<br>Credit account | | | | 1,335.00 |
| Account No. 69951<br><br>**Creditor #: 97**<br>**Mutual Management Services**<br>**401 East State Street, 2nd Floor**<br>**Po BOX 4777**<br>**Rockford, IL 61110** | | J | 09/2006<br>City of Rockford Parking | | | | 50.00 |
| Account No. 556893451<br><br>**Creditor #: 98**<br>**Nations Recovery Center, Inc.**<br>**6491 Peachtree Industrial Boulevard**<br>**Atlanta, GA 30360** | | J | 02/2007<br>credit account<br>World Financial Network Bank | | | | 781.03 |
| Account No.<br><br>**Representing:**<br>**Nations Recovery Center, Inc.** | | | National Recovery Center, Inc.<br>PO BOX 48719<br>Atlanta, GA 30362-1719 | | | | |

Sheet no. __23__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,181.03

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**           Case No. _____
         **Marina Mogilevsky**
                                                                                    ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **7302-8226-7347-6542** <br><br> **Creditor #: 99** <br> **Nationwide Credit, Inc.** <br> **2015 Vaughn Road NW, Suite 400** <br> **Kennesaw, GA 30144-7802** | | | J | | **07/2006** <br> **GE Money Bank** <br> **credit account** <br> **ID#06118145058** <br> **EXXON 01253601F** | | | | **159.99** |
| Account No. <br><br> **Representing:** <br> **Nationwide Credit, Inc.** | | | | | **Nationwide Credit, Inc.** <br> **PO Box 740640** <br> **Atlanta, GA 30374-0640** | | | | |
| Account No. **7302-8227-2781-6818** <br><br> **Creditor #: 100** <br> **Nationwide Credit, Inc.** <br> **2015 Vaughn Road NW, Suite 400** <br> **Kennesaw, GA 30144-7802** | | | J | | **09/2006** <br> **credit account** <br> **GE Money Bank** <br> **ID#06172188267** <br> **EXXON  01253601F** | | | | **406.08** |
| Account No. <br><br> **Representing:** <br> **Nationwide Credit, Inc.** | | | | | **Nationwide Credit, Inc.** <br> **PO Box 740640** <br> **Atlanta, GA 30374-0640** | | | | |
| Account No. **556-893-451** <br><br> **Creditor #: 101** <br> **New York Company-World Financial** <br> **Ba** <br> **PO Box 659728** <br> **San Antonio, TX 78265-9728** | | | J | | **09/2006** <br> **credit account** | | | | **600.36** |

Sheet no. __24__ of __36__ sheets attached to Schedule of          Subtotal           **1,166.43**
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
     **Marina Mogilevsky**
     _____ ,

Case No. _____

                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **D2503** <br><br>**Creditor #: 102** <br>**Northshore Women's Health Asso** <br>**767 Park Avenue West 240** <br>**Highland Park, IL 60035** | | J | **06/2006** <br>**Medical** | | | | **133.00** |
| Account No. **GP3871717 /GP3882302** <br><br>**Creditor #: 103** <br>**Northwest Collectors, Inc** <br>**3601 Algonquin Road, Suite 232** <br>**Rolling Meadows, IL 60008** | | J | **08/2006** <br>**Village of Buffalo Grove** | | | | **160.00** |
| Account No. **44698684 06** <br><br>**Creditor #: 104** <br>**Northwest Community Hospital** <br>**800 West Central Road** <br>**Arlington Heights, IL 60005** | | J | **06/2006** <br>**Medical** <br>**Blue Cross #XZ964436** | | | | **1,764.00** |
| Account No. <br><br>Representing: <br>**Northwest Community Hospital** | | | **BlueCross BlueShield** <br>**of Minnesota** <br>**PO Box 64560** <br>**Saint Paul, MN 55164-0560** | | | | |
| Account No. <br><br>Representing: <br>**Northwest Community Hospital** | | | **C.B. Accounts, Inc.** <br>**1101 Main Street** <br>**Peoria, IL 61606** | | | | |

Sheet no. __25__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,057.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
    **Marina Mogilevsky**
                                       ,
                              Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Northwest Community Hospital** | | | | **Northwest Community Hospital**<br>**PO Box 95698**<br>**Chicago, IL 60694-5698** | | | | |
| Account No. **NW-6031544**<br>**Creditor #: 105**<br>**Northwest Sub Anesthesia**<br>**PO Box 88648**<br>**Chicago, IL 60680-1648** | | | J | **07/2006**<br>**Medical** | | | | **105.33** |
| Account No. **6260090-45384578**<br>**Creditor #: 106**<br>**OSI Collection Services, Inc.**<br>**PO Box 959**<br>**Brookfield, WI 53008-0959** | | | J | **01/2007**<br>**Medical** | | | | **220.00** |
| Account No.<br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **C.B. Accounts, Inc.**<br>**1101 Main Street**<br>**Peoria, IL 61606** | | | | |
| Account No.<br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **Northwest Communicty Hospital**<br>**PO Box 95698**<br>**Chicago, IL 60694-5698** | | | | |

Sheet no. __26__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**325.33**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
        **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Representing: <br> OSI Collection Services, Inc. | | | | Northwest Community Hospital <br> 800 West Central Road <br> Arlington Heights, IL 60005 | | | | |
| Account No. <br><br> Representing: <br> OSI Collection Services, Inc. | | | | OSI Collection Services, Inc. <br> 1375 East Woodfield Road, Suite 110 <br> Schaumburg, IL 60173-5447 | | | | |
| Account No. **5959524-43165691** <br> Creditor #: 107 <br> OSI Collection Services, Inc. <br> PO Box 959 <br> Brookfield, WI 53008-0959 | J | | | 08/2006 <br> Medical | | | | **898.51** |
| Account No. <br><br> Representing: <br> OSI Collection Services, Inc. | | | | OSI Collection Services, Inc. <br> 1375 East Woodfield Road, Suite 110 <br> Schaumburg, IL 60173-5447 | | | | |
| Account No. **3910958-0029111624159** <br> Creditor #: 108 <br> OSI Collection Services, Inc. <br> PO Box 959 <br> Brookfield, WI 53008-0959 | J | | | 07/2006 <br> Medical <br> Evanston Northwestern Healthcare | | | | **100.00** |

Sheet no. __27__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**998.51**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
 **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **OSI Collection Services, Inc.**<br>**1375 East Woodfield Road, Suite 110**<br>**Schaumburg, IL 60173-5447** | | | | |
| Account No. **6120325-43421565**<br>**Creditor #: 109**<br>**OSI Collection Services, Inc.**<br>**PO Box 959**<br>**Brookfield, WI 53008-0959** | | J | | **10/2006**<br>**Medical**<br>**Northwest Community Hospital**<br>**Blue Cross #XZ964436** | | | | **842.94** |
| Account No.<br><br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **BlueCross BlueShield**<br>**of Minnesota**<br>**PO Box 64560**<br>**Saint Paul, MN 55164-0560** | | | | |
| Account No.<br><br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **C.B. Accounts, Inc.**<br>**1101 Main Street**<br>**Peoria, IL 61606** | | | | |
| Account No.<br><br>**Representing:**<br>**OSI Collection Services, Inc.** | | | | **OSI Collection Services, Inc.**<br>**1375 East Woodfield Road, Suite 110**<br>**Schaumburg, IL 60173-5447** | | | | |

Sheet no. __**28**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**842.94**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                                  Case No. _____
      **Marina Mogilevsky**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **127153519**<br><br>**Creditor #: 110**<br>**Oxford Management Services**<br>**CS 9018**<br>**Melville, NY 11747** | | J | 09/2006<br>**credit account**<br>**Nordstrom FSB**<br>**8890612** | | | | **1,448.83** |
| Account No. **319-1924242**<br><br>**Creditor #: 111**<br>**Paragon Way, Inc**<br>**2101 W. Ben White Boulevard**<br>**Suite 103**<br>**Austin, TX 78704** | | J | 12/2006<br>**Cottonwood Financial - Collins Financial Services, Inc**<br>**5365111** | | | | **1,505.26** |
| Account No. **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**<br><br>**Creditor #: 112**<br>**Payday Loan Store**<br>**268 S. State Street**<br>**Elgin, IL 60123** | | J | 04/2006<br>**Loan** | | | | **288.75** |
| Account No. **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**<br><br>**Creditor #: 113**<br>**Payday Loan Store**<br>**1020 A. McLean Avenue**<br>**Elgin, IL 60123** | | J | 06/2006<br>**Contract #0001,0002**<br>**Loan** | | | | **764.40** |
| Account No. **3261882**<br><br>**Creditor #: 114**<br>**Pelletrieri & Associates, Ltd.**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148-6408** | | J | 04/2005<br>**Medical**<br>**Northwest Community Hospital**<br>**Account #3940911 9** | | | | **89.99** |

Sheet no. __**29**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal             **4,097.23**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
       **Marina Mogilevsky**
                                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **23520** Creditor #: 115 **Physicans of The North Shore, Ltd 9555 Gross Point Road Skokie, IL 60076** | | | | J | 04/2006 **Medical** | | | | 50.00 |
| Account No. **5810303** Creditor #: 116 **Professional Account Management Po Box 1022 Wixom, MI 48393-1022** | | | | J | 01/2007 **Village of Schaumburg #000620784** | | | | 120.00 |
| Account No. **Representing: Professional Account Management** | | | | | **Professional Account Management, LL Collection Services Division Po Box 391 Milwaukee, WI 53201-0391** | | | | |
| Account No. **5796743** Creditor #: 117 **Professional Account Management, LL Collection Services Division Po Box 391 Milwaukee, WI 53201-0391** | | | | H | **Collection; credit account. TCF Bank** | | | | 824.99 |
| Account No. **Representing: Professional Account Management, LL** | | | | | **Professional Account Management Po Box 1022 Wixom, MI 48393-1022** | | | | |

Sheet no. __30__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

994.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**
    **Marina Mogilevsky**

Case No. _____

_____,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **X2752118-P-ST410**<br>**Creditor #: 118**<br>**Scott D. Glazer, M.D., S.C.**<br>**600 W. Lake Cook Road, Ste. 110**<br>**Buffalo Grove, IL 60089** | | H | **Medical** | | X | | 177.00 |
| Account No. **0185698**<br>**Creditor #: 119**<br>**Scott D. Glazer, M.D., S.C.**<br>**600 W. Lake Cook Road, Ste. 110**<br>**Buffalo Grove, IL 60089** | | J | **06/2006**<br>**Medical** | | | | 82.00 |
| Account No. **CK007420-00**<br>**Creditor #: 120**<br>**Short Term Loans, LLC**<br>**1400 East Touhy Ave, #108**<br>**Des Plaines, IL 60018** | | J | **11/2005**<br>**Loan** | | | | 765.00 |
| Account No.<br>**Representing:**<br>**Short Term Loans, LLC** | | | **Legalink-Chicago/Marge**<br>**Payroll/Garnishment Dept**<br>**230 W. Monroe Street, Suite 1500**<br>**Chicago, IL 60606** | | | | |
| Account No. **N57546**<br>**Creditor #: 121**<br>**Simm Associates, Inc.**<br>**PO Box 7526**<br>**Newark, DE 19714-7526** | | J | **06/2006**<br>**credit account**<br>**First Consumers National Bank** | | | | 1,180.99 |

Sheet no. __31__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,204.99

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**                                    Case No. _____
     **Marina Mogilevsky**
_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Representing:<br>Simm Associates, Inc. | | | Simm Associates, Inc.<br>200 Biddle Avenue, Suite 200<br>Springside Office Park<br>Newark, DE 19702 | | | | |
| Account No. **110 Steeple, Unit E, Buffalo G**<br><br>Creditor #: 122<br>Steeple View Condo Assoc.<br>c/o Hughes & Assoc., Ltd.<br>3436 N. Kennicott Ave., Ste. 120<br>Arlington Heights, IL 60004 | | J | Homeowner's assoc.<br>Homeowner's assoc. on 110 Steeple Drive, Unit E, Buffalo Grove, Illinois. Property forclosed upon by creditor in 2006. Amount reflects original judgment and not outstanding balance, if any. | | X | | 1,542.00 |
| Account No. **40875**<br><br>Creditor #: 123<br>Suburban Endocrinology & Diabetes<br>2010 S. Arlington Heights Road<br>Arlington Heights, IL 60005 | | J | 11/2001<br>Medical | | | | 187.50 |
| Account No. **1660B-0302222AAA**<br><br>Creditor #: 124<br>Transworld Systems<br>25 Northwest Point Boulevard<br>Suite 750<br>Elk Grove Village, IL 60007 | | J | 09/2006<br>Medical<br>E N H Laboratory Services | | | | 50.00 |
| Account No.<br><br>Representing:<br>Transworld Systems | | | ENH Laboratory Services<br>Collection Departmetn<br>9851 Eagle Way<br>Chicago, IL 60678 | | | | |

Sheet no. __32__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                 Subtotal<br>               (Total of this page)    **1,779.50**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Vadim Mogilevsky,**
        **Marina Mogilevsky**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br>**Representing:**<br>**Transworld Systems** | | | | **Transworld Systems**<br>**2235 Mercury Way, Suite 275**<br>**Santa Rosa, CA 95407-5413** | | | | |
| Account No. **5424-1803-2942-4144**<br>**Creditor #: 125**<br>**United Collections Bureau, Inc.**<br>**5620 Southwyck Blvd., Ste. 206**<br>**Toledo, OH 43614** | | | J | **06/2006**<br>**credit account**<br>**CitiCorp Credit Services, Inc.** | | | | **1,632.55** |
| Account No.<br>**Representing:**<br>**United Collections Bureau, Inc.** | | | | **CitiCorp Credit Services Inc**<br>**PO Box 140516**<br>**Toledo, OH 43614-0516** | | | | |
| Account No. **2626014631**<br>**Creditor #: 126**<br>**Universal Fidelity, LP**<br>**PO Box 941911**<br>**Houston, TX 77094-8911** | | | J | **3/2007** | | | | **2,535.10** |
| Account No. **2626014631**<br>**Creditor #: 127**<br>**Us Bank**<br>**Po Box 130**<br>**Hillsboro, OH 45133** | | W | | **Opened  9/01/01**<br>**Lease** | | X | | **2,535.00** |

Sheet no. \_\_**33**\_\_ of \_\_**36**\_\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,702.65**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Vadim Mogilevsky,**               Case No. _____
        **Marina Mogilevsky**
_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **Representing: Us Bank** | | | **Universal Fidelity, LP PO Box 941911 Houston, TX 77094-8911** | | | | |
| Account No.  **005263214-01-5087**  **Creditor #: 128 Valentine & Kebartas, Inc PO Box 325 Lawrence, MA 01842** | | J | **07/2006 credit account Client #234869979** | | | | 628.61 |
| Account No.  **3300319**  **Creditor #: 129 Wapii 2221 Newmarket Par Marietta, GA 30067** | | H | **Opened  4/26/07 Collection Household Finance** | | X | | 45,574.00 |
| Account No.  **1508421542856**  **Creditor #: 130 Washington Mutual Home 324 W Evans St Florence, SC 29501** | | H | **Opened 11/01/01  Last Active  8/19/05 First real estate mortgage on 110 Steeple Drive, Unit E, Buffalo Grove, Illinois.  Property forclosed upon by creditor in 2006.  Amount reflects original judgment and not outstanding balance, if any.** | | X | | 108,371.00 |
| Account No.  **19456787**  **Creditor #: 131 West Asset Management PO Box 2348 Sherman, TX 75091-2348** | | H | **Collection AT&T 8475416026777** | | X | | 165.32 |

Sheet no. __34__ of __36__ sheets attached to Schedule of                    Subtotal           154,738.93
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Vadim Mogilevsky,**
    **Marina Mogilevsky**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **556893451** <br><br> **Creditor #: 132** <br> **Wfnnb/New York & Compa** <br> **220 W Schrock Rd** <br> **Westerville, OH 43081** | | W | Opened  2/01/96  Last Active  9/01/06 <br> ChargeAccount | | | | 781.00 |
| Account No. **1002121002** <br><br> **Creditor #: 133** <br> **Zenith Acquisition** <br> **220 John Glenn Dr # 1** <br> **Amherst, NY 14228** | | W | Opened 12/01/06  Last Active 12/01/04 <br> Collection Wells Fargo Financia <br> North Star Capital #37163659 | | | | 2,859.00 |
| Account No. <br><br> **Representing:** <br> **Zenith Acquisition** | | | Nelson Watson & Assoc. <br> 80 Merrimack Street, Lower Level <br> Haverhill, MA 01830 | | | | |
| Account No. **1001253431** <br><br> **Creditor #: 134** <br> **Zenith Acquisition** <br> **220 John Glenn Dr # 1** <br> **Amherst, NY 14228** | | W | Opened  9/01/06  Last Active 10/01/04 <br> Collection Wells Fargo Financia <br> BHLM #1847824 <br> #59678814 | | | X | 757.00 |
| Account No. <br><br> **Representing:** <br> **Zenith Acquisition** | | | Blatt, Hasenmiller, Leibsker, Moore <br> 125 South Wacker Drive, Suite 400 <br> Chicago, IL 60606-4440 | | | | |

Sheet no. __**35**__ of __**36**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,397.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Vadim Mogilevsky,**
      **Marina Mogilevsky**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Representing:**<br>**Zenith Acquisition** | | | | **Imperial**<br>**PO Box 940**<br>**San Jose, CA 95106** | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __36__ of __36__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | | 0.00 |
| Total<br>(Report on Summary of Schedules) | | 383,140.71 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

.

In re    **Vadim Mogilevsky,**                                                Case No. _____
        **Marina Mogilevsky**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Vadim Mogilevsky,**
     **Marina Mogilevsky**
                                                      ,
                              Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6I (Official Form 6I) (12/07)

In re  **Vadim Mogilevsky**
　　　**Marina Mogilevsky**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter** | AGE(S):<br>**10** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Waiter** | **Court Reporter** |
| Name of Employer | **Claim Jumper Restaurants** | **Legalink** |
| How long employed | **1.5 years to present** | **12 years to present** |
| Address of Employer | **16721 Millikan Ave.**<br>**Irvine, CA 92606** | **101 Arch St., 5th Floor**<br>**Boston, MA 02110** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **4,060.21** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **4,060.21** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| 　　a.  Payroll taxes and social security | $ | **659.00** | $ | **0.00** |
| 　　b.  Insurance | $ | **0.00** | $ | **0.00** |
| 　　c.  Union dues | $ | **0.00** | $ | **0.00** |
| 　　d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **659.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,401.21** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **1,570.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>　　dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,570.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,401.21** | $ | **1,570.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **4,971.21** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **Vadim Mogilevsky**
**Marina Mogilevsky**                                                      Case No. _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| a. Are real estate taxes included?             Yes ____        No __X__ | | |
| b. Is property insurance included?             Yes ____        No __X__ | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 200.00 |
|                        b. Water and sewer | $ | 0.00 |
|                        c. Telephone | $ | 180.00 |
|                        d. Other  **Cellular telephone** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                        a. Homeowner's or renter's | $ | 0.00 |
|                        b. Life | $ | 0.00 |
|                        c. Health | $ | 0.00 |
|                        d. Auto | $ | 200.00 |
|                        e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)  **See Detailed Expense Attachment** | $ | 697.79 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                        a. Auto | $ | 325.00 |
|                        b. Other | $ | 0.00 |
|                        c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 625.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,952.79 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 4,971.21 |
| b.    Average monthly expenses from Line 18 above | $ | 4,952.79 |
| c.    Monthly net income (a. minus b.) | $ | 18.42 |

B6J (Official Form 6J) (12/07)

In re    **Vadim Mogilevsky**
**Marina Mogilevsky**                                    Case No. _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | | |
|---|---|---|
| **Average Illinois Tax Levy** | $ | **400.00** |
| **Fed. Tax Levy** | $ | **297.79** |
| **Total Tax Expenditures** | $ | **697.79** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Medical expenses attributable to husband's diabetes** | $ | **250.00** |
| **Extracurricular activities for minor child** | $ | **225.00** |
| **After-school tutoring for minor child** | $ | **150.00** |
| **Total Other Expenditures** | $ | **625.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vadim Mogilevsky**
     **Marina Mogilevsky**

Debtor(s)

Case No. _____

Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **52** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **November 4, 2008** _____

Signature    **/s/ Vadim Mogilevsky** _____
                 **Vadim Mogilevsky**
                 Debtor

Date   **November 4, 2008** _____

Signature    **/s/ Marina Mogilevsky** _____
                 **Marina Mogilevsky**
                 Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037         Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Vadim Mogilevsky**
      **Marina Mogilevsky**
_____

Debtor(s)

Case No. _____

Chapter    **7** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$308,539.00** | **2006: Buffet; Court Reporter; Sale of condo unit of parents; Gambling Income. Adjusted Gross Income:** |
| **$97,738.00** | **2007: Claim jumpers; Profit from business; gambling income** |
| **$68,544.00** | **2008: 2008: Claim Jumpers & court reporter** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Citibank v. Marina Mogilevsky No. 08-M1-127515** | **Breach of Contract/collections** | **Cook County, Illinois** | **Pending** |
| **American General v. Mogilevsky, Marina & Vadim No. 07-M1-106443** | **Breach of Contract/Collections** | **Cook County, Illinois** | **Pending** |
| **Citibank v. Marina Mogilevsky No. 08-M1-127515** | **Breach of Contract/Collections** | **Cook County, Illinois** | **Judgment entered June 12, 2008** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CitiBank**<br>**c/o Blatt, Hasenmiller, Leibsker & Moore, LLC**<br>**125 S. Wacker Drive, Suite 400**<br>**Chicago, IL 60606** | **December 2008** | **Pending** |

### 5.  Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.  Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8.  Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

#### 9. Payments related to debt counseling or bankruptcy

None
■    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

#### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

#### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

#### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Selfemployed court reporter** | **xxx-xx-5550** | **631 E. Pennsylvania Drive, Apt. T-6 Palatine, IL 60074** | **Court reporter** | **12 years to present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Alexander Narod, CPA, P.C.**                                      **2006 and 2007 income taxes**
**601 Skokie Blvd., Ste. 503**
**Northbrook, IL 60062**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                     DATE ISSUED

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                    DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY              INVENTORY SUPERVISOR                  (Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                          RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                                    NATURE AND PERCENTAGE
NAME AND ADDRESS                    TITLE                           OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                           ADDRESS                             DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                          DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                                     AMOUNT OF MONEY
OF RECIPIENT,                       DATE AND PURPOSE               OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                   VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __November  4, 2008__                  Signature  __/s/ Vadim Mogilevsky__
                                                       **Vadim Mogilevsky**
                                                       Debtor


Date  __November  4, 2008__                  Signature  __/s/ Marina Mogilevsky__
                                                       **Marina Mogilevsky**
                                                       Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Vadim Mogilevsky**
**Marina Mogilevsky**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2004 Chevy Malibu** | **G M A C** | **Debtor will retain collateral and continue to make regular payments.** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date    **November  4, 2008**
_____    Signature    **/s/ Vadim Mogilevsky**
**Vadim Mogilevsky**
Debtor

Date    **November  4, 2008**
_____    Signature    **/s/ Marina Mogilevsky**
**Marina Mogilevsky**
Joint Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Vadim Mogilevsky**
       **Marina Mogilevsky** _____   Case No. _____

                             Debtor(s)       Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

      For legal services, I have agreed to accept ........................................................... $          **1,201.00**

      Prior to the filing of this statement I have received ........................................ $          **1,201.00**

      Balance Due ............................................................................................................ $          **0.00**

2.   $  **299.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November  4, 2008** _____     **/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
                                           **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
                                         **Kaplan Law Offices, P.C.**
                                         **4043 Dempster**
                                         **Skokie, IL 60076**
                                         **847-676-8600  Fax: 847-676-8601**
                                         **ayk@ameritech.net**

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494 | | /s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) | November  4, 2008 |
|---|---|---|---|
| Printed Name of Attorney | X | Signature of Attorney | Date |

Address:
**4043 Dempster
Skokie, IL 60076
847-676-8600
ayk@ameritech.net**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Vadim Mogilevsky Marina Mogilevsky | | /s/ Vadim Mogilevsky | November  4, 2008 |
|---|---|---|---|
| Printed Name of Debtor | X | Signature of Debtor | Date |
| Case No. (if known) | X | /s/ Marina Mogilevsky | November  4, 2008 |
| | | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Vadim Mogilevsky**
**Marina Mogilevsky**                            Case No. _____
                       Debtor(s)          Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                     **185**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November  4, 2008**             **/s/ Vadim Mogilevsky**
                                      **Vadim Mogilevsky**
                                      Signature of Debtor

Date:    **November  4, 2008**             **/s/ Marina Mogilevsky**
                                      **Marina Mogilevsky**
                                      Signature of Debtor

ABC Plumbing, Heating, & Cooling
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079


Advance Till Payday
943 W. Wise Road
Schaumburg, IL 60193


Advance Till Payday, Inc.
39 S. Northwest Highway
Palatine, IL 60074


Afni, Inc.
Po Box 3427
Bloomington, IL 61702


Afni-Bloom
404 Brock Dr  Po Box 3097
Bloomington, IL 61701


Allied Interstate Inc
435 Ford Rd Ste 800
Minneapolis, MN 55426


American General
20 N. Clark St., Unit 2600
Chicago, IL 60602


American General Finan
3632 W 95th St
Evergreen Park, IL 60805


American General Finance
Golf Point Plaza
309 W. Golf Rd., Ste. 3
Schaumburg, IL 60195-5344


Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099


Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Armor Systems Co
1700 Kiefer Dr Ste 1
Zion, IL 60099

Associated Credit Services, Inc.
105B South St.
PO Box 9100
Hopkinton, MA 01748

Bank of America
c/o Weltman, Weinberg, & Reis, Co.
175 South 3rd Street, Ste. 900
Columbus, OH 43215

Blatt, Hasenmiller, Leibsker, Moore
125 South Wacker Drive, Suite 400
Chicago, IL 60606-4440

Blatt, Hasenmiller, Leibsker, Moore
125 South Wacker Drive, Suite 400
Chicago, IL 60606-4440

BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560

BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield
of Minnesota
PO Box 64560
Saint Paul, MN 55164-0560


BlueCross BlueShield BluePlus
of Minnesota
PO Box 64676, Route M103
Saint Paul, MN 55164


C.B. Accounts, Inc.
1101 Main Street
Peoria, IL 61606


C.B. Accounts, Inc.
1101 Main Street
Peoria, IL 61606


C.B. Accounts, Inc.
1101 Main Street
Peoria, IL 61606


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210

Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


Capital Management Services, Inc.
726 Exchange Street, Ste. 700
Buffalo, NY 14210


CCB
5300 S 6th Street
Springfield, IL 62703-5184


CCB Credit Services
PO Box 272
Springfield, IL 62705-0272


Certegy
P.O. Box 30046
Tampa, FL 33630


Certified Services Inc
1733 Washington St Ste 2
Waukegan, IL 60085


Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177


Chase
National Payment Services
PO Box 182223
Columbus, OH 43218


Chase Bank
340 S. Cleveland Avenue, Bldg 370
OH1-1188
Westerville, OH 43081


Check Recovery Systems
6700 S. Centinela Blvd 3
Culver City, CA 90230


Check Recovery Systems
6700 S. Centinela Blvd 3
Culver City, CA 90230

```
Check Recovery Systems
6700 S. Centinela Blvd 3
Culver City, CA 90230


Check Recovery Systems
6700 S. Centinela Blvd 3
Culver City, CA 90230


Check Recovery Systems
6700 S. Centinela Blvd 3
Culver City, CA 90230


Citi
Po Box 6241
Sioux Falls, SD 57117


CitiBank
c/o Blatt, Hasenmiller, Leibsker &
125 S. Wacker Dr., Suite 400
Chicago, IL 60606


CitiCorp Credit Services Inc
PO Box 140516
Toledo, OH 43614-0516


Citifinancia
P.O. B  499
Hanover, MD 21076


Citifinancial
Po Box 499
Hanover, MD 21076


City of Chicago
c/o Harris Arnold & Scott, P.C.
600 W. Jackson Blvd., Ste. 710
Chicago, IL 60661


Cottonwood Finance
c/o Baker Miller
29 N. Wacker Drive
Chicago, IL 60603
```

Cottonwood Financial
2101 W. Ban White Blvd., Ste. 103
Austin, TX 78704


Creditor
c/o Robert M. Wolfberg, Esq.
300 N. Elizabeth, Ste. 4-E
Chicago, IL 60607


Creditor
c/o Robert M. Wolfberg, Esq.
300 N. Elizabeth, Ste. 4-E
Chicago, IL 60607


DirectTV
c/o CBE Group, Inc.
PO Box 78626
Phoenix, AZ 85062


DirectTV
111 N. Canal Street
Chicago, IL 60606


ENH Laboratory Services
Collection Departmetn
9851 Eagle Way
Chicago, IL 60678


ENH Medical Group /ENH Pathol-C
ENH 23159 Network Place
Chicago, IL 60673-1231


ENH Medical Group /ENH Pathol-C
ENH 23159 Network Place
Chicago, IL 60673-1231


ENH Medical Group Specialty Practic
23139 Network Place
Chicago, IL 60673-1231


ENH Radiology
34618 Eagle Way
Chicago, IL 60678-1346

Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


ER Solutions, Inc.
PO Box 9004
Renton, WA 98057-9004


Ffcc-Columbus Inc
1550 Old Henderson Rd St
Columbus, OH 43220


First Midwest Bank/Na
300 N Hunt Club Rd
Gurnee, IL 60031


First Revenue Assuranc
200 Fillmore St Ste 300
Denver, CO 80206


Focus Receivables Management,
1130 Northchase Parkway, Suite 150
Marietta, GA 30067


Focus Receivables Management, LLC
PO Box 725069
Atlanta, GA 31139-2069


G M A C
15303 S 94th Ave
Orland Park, IL 60462


Gemache & Myers, P.C.
1111 Woods Mill Road
Suite 180
Town & Country (St. Louis), MO 63017


Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008


Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Genesisfin
8705 Sw Nimbus Ave
Beaverton, OR 97008

Global Netwk
5320 College Blvd
Shawnee Missio, KS 66211

Global Payments Check
6215 W Howard St
Niles, IL 60714

H&F Law
33 N Lasalle
Chicago, IL 60602


Harvard Collection Services, Inc.
4839 N. Elston
Chicago, IL 60630


HFC
PO Box 17574
Baltimore, MD 21297-1574


Hollander Law Offices, LLC
Po Box 105130
Atlanta, GA 30348-5130


Hollander Law Offices, LLC
PO Box 105130
Atlanta, GA 30348-5130


Houston Funding II, LLC
2620 Fountainview, Suite 305
Houston, TX 77057


Houston Funding II, LTD.
2620 Fountainview, Unit 305
Houston, TX 77057


Hsbc/Saks
140 W Industrial Dr
Elmhurst, IL 60126


I C System Inc
Po Box 64378
Saint Paul, MN 55164


I C System Inc
Po Box 64378
Saint Paul, MN 55164


Illinois Depart of Revenue
PO Box 19025
Springfield, IL 62794-9025

Illinois Department of Revenue
Bankruptcy Section, Level 7-425
100 W. Randolph St.
Chicago, IL 60606


Imperial
PO Box 940
San Jose, CA 95106


Internal Revenue Service
PO Box 970006
Saint Louis, MO 63197-0006


Internal Revenue Service
PO Box 745
District Director
Chicago, IL 60690


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Island National Group
6851 Jericho Turnpike, Suite 180
Syosset, NY 11791


J.C.Christensen & Associates, Inc.
PO Box 519
Sauk Rapids, MN 56379


John Lee Jackson
1445 Langham Creek Drive
Houston, TX 77084


Legalink-Chicago/Marge
Payroll/Garnishment Dept
230 W. Monroe Street, Suite 1500
Chicago, IL 60606


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274

Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Lvnv Funding Llc
Po Box 740281
Houston, TX 77274


Macy's
PO Box 689195
Des Moines, IA 50368-9195


Mage & Price
707 Lake Cook Road
Deerfield, IL 60015


Med Busi Bur
1460 Renaissance D
Park Ridge, IL 60068


Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068-7219


Medical Business Bureau, LLC
1175 Devin Drive, Suite 171
Norton Shores, MI 49441


Midland
8875 Aero Drive Suite 200
San Diego, CA 92123


Midland Cred
8875 Aero Dr
San Diego, CA 92123


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123


Midland Credit Mgmt
8875 Aero Dr
San Diego, CA 92123

Mutual Management Services
401 East State Street, 2nd Floor
Po BOX 4777
Rockford, IL 61110


National Recovery Center, Inc.
PO BOX 48719
Atlanta, GA 30362-1719


Nations Recovery Center, Inc.
6491 Peachtree Industrial Boulevard
Atlanta, GA 30360


Nationwide Credit, Inc.
2015 Vaughn Road NW, Suite 400
Kennesaw, GA 30144-7802


Nationwide Credit, Inc.
2015 Vaughn Road NW, Suite 400
Kennesaw, GA 30144-7802


Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374-0640


Nationwide Credit, Inc.
PO Box 740640
Atlanta, GA 30374-0640


Nelson Watson & Assoc.
80 Merrimack Street, Lower Level
Haverhill, MA 01830


New York Company-World Financial Ba
PO Box 659728
San Antonio, TX 78265-9728


Northland Group, Inc.
PO Box 390846
Minneapolis, MN 55439


Northshore Women's Health Asso
767 Park Avenue West 240
Highland Park, IL 60035

Northwest Collectors, Inc
3601 Algonquin Road, Suite 232
Rolling Meadows, IL 60008


Northwest Communicty Hospital
PO Box 95698
Chicago, IL 60694-5698


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005


Northwest Community Hospital
800 West Central Road
Arlington Heights, IL 60005


Northwest Community Hospital
PO Box 95698
Chicago, IL 60694-5698


Northwest Sub Anesthesia
PO Box 88648
Chicago, IL 60680-1648


OSI Collection Services, Inc.
PO Box 959
Brookfield, WI 53008-0959


OSI Collection Services, Inc.
PO Box 959
Brookfield, WI 53008-0959


OSI Collection Services, Inc.
PO Box 959
Brookfield, WI 53008-0959


OSI Collection Services, Inc.
PO Box 959
Brookfield, WI 53008-0959


OSI Collection Services, Inc.
1375 East Woodfield Road, Suite 110
Schaumburg, IL 60173-5447

OSI Collection Services, Inc.
1375 East Woodfield Road, Suite 110
Schaumburg, IL 60173-5447


OSI Collection Services, Inc.
1375 East Woodfield Road, Suite 110
Schaumburg, IL 60173-5447


OSI Collection Services, Inc.
1375 East Woodfield Road, Suite 110
Schaumburg, IL 60173-5447


Oxford Management Services
CS 9018
Melville, NY 11747


Paragon Way, Inc
2101 W. Ben White Boulevard
Suite 103
Austin, TX 78704


Paragon Way, Inc
2101 W. Ben White Boulevard
Suite 103
Austin, TX 78704


Payday Loan Store
268 S. State Street
Elgin, IL 60123


Payday Loan Store
1020 A. McLean Avenue
Elgin, IL 60123


Pelletrieri & Associates, Ltd.
991 Oak Creek Drive
Lombard, IL 60148-6408


Physicans of The North Shore, Ltd
9555 Gross Point Road
Skokie, IL 60076


Professional Account Management
Po Box 1022
Wixom, MI 48393-1022

```
Professional Account Management
Po Box 1022
Wixom, MI 48393-1022


Professional Account Management, LL
Collection Services Division
Po Box 391
Milwaukee, WI 53201-0391


Professional Account Management, LL
Collection Services Division
Po Box 391
Milwaukee, WI 53201-0391


Richard A. Snow
123 W. Madison, Ste. 310
Chicago, IL 60602


Richard A. Snow
123 W. Madison, Ste. 310
Chicago, IL 60602


Richard A. Snow
123 W. Madison, Ste. 310
Chicago, IL 60602


Scott D. Glazer, M.D., S.C.
600 W. Lake Cook Road, Ste. 110
Buffalo Grove, IL 60089


Scott D. Glazer, M.D., S.C.
600 W. Lake Cook Road, Ste. 110
Buffalo Grove, IL 60089


Short Term Loans, LLC
1400 East Touhy Ave, #108
Des Plaines, IL 60018


Simm Associates, Inc.
PO Box 7526
Newark, DE 19714-7526
```

Simm Associates, Inc.
200 Biddle Avenue, Suite 200
Springside Office Park
Newark, DE 19702


Steeple View Condo Assoc.
c/o Hughes & Assoc., Ltd.
3436 N. Kennicott Ave., Ste. 120
Arlington Heights, IL 60004


Suburban Endocrinology & Diabetes
2010 S. Arlington Heights Road
Arlington Heights, IL 60005


Transworld Systems
25 Northwest Point Boulevard
Suite 750
Elk Grove Village, IL 60007


Transworld Systems
2235 Mercury Way, Suite 275
Santa Rosa, CA 95407-5413


United Collections Bureau, Inc.
5620 Southwyck Blvd., Ste. 206
Toledo, OH 43614


Universal Fidelity, LP
PO Box 941911
Houston, TX 77094-8911


Universal Fidelity, LP
PO Box 941911
Houston, TX 77094-8911


Universal Fidelity, LP
Att: John Jackson
PO Box 941911
Houston, TX 77094-8911


Us Bank
Po Box 130
Hillsboro, OH 45133

Valentine & Kebartas, Inc
PO Box 325
Lawrence, MA 01842


Wapii
2221 Newmarket Par
Marietta, GA 30067


Washington Mutual Home
324 W Evans St
Florence, SC 29501


West Asset Management
PO Box 2348
Sherman, TX 75091-2348


Wfnnb/New York & Compa
220 W Schrock Rd
Westerville, OH 43081


Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228


Zenith Acquisition
220 John Glenn Dr # 1
Amherst, NY 14228

## United States Bankruptcy Court
### Northern District of Illinois

In re | **Vadim Mogilevsky**
**Marina Mogilevsky** | Case No. _____
| Debtor(s) | Chapter    **7**

## AFFIDAVIT EVIDENCING COMPLIANCE WITH GENERAL RULE 39

Affiant is the attorney of record for

**Vadim Mogilevsky**
**Marina Mogilevsky**

and has knowledge of the matters covered by this affidavit and has read General Rule 39.

Affiant has not directly or indirectly solicited employment by the above-named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above-named party, or parties, of the costs of this case, or of the medical, living or other expenses of any party, or of any part of an attorney's fee, or of any portion of the recovery by suit or settlement herein to any person whatever other than the above-named party or parties and the attorneys of record herein, except (here state all exceptions, or if none state "no exception").
**No Exception.**

Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above-named party or parties in this action and represents that signed copy thereof has been furnished to each party whom he represents; if no copy of a contingent fee agreement is filed herewith, affiant represents that his compensation for services in this case is not on a contingent basis.

I, **Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**, certify under penalty of perjury that the above is true and correct.

Executed on    **November  4, 2008**
_____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
_____
Signature
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.)**
**6272494**

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Vadim Mogilevsky**
      **Marina Mogilevsky**                                        Case No. _____
                                    Debtor(s)           Chapter   **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, _____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any):_____.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C. § 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:   **/s/ Vadim Mogilevsky**
                      **Vadim Mogilevsky**

Date:   **November  4, 2008**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

B23 (Official Form 23) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Vadim Mogilevsky**
_____
**Marina Mogilevsky**
_____
Debtor(s)

Case No. _____
Chapter  **7**  _____

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION
## INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐ I, ____, the debtor in the above-styled case, hereby certify that on _____, I completed an instructional course in personal financial management provided by _____, an approved personal financial management provider.

Certificate No. (if any): _____.

☐ I, ____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:

☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);

☐ Active military duty in a military combat zone; or

☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  **/s/ Marina Mogilevsky**
_____
**Marina Mogilevsky**

Date:  **November  4, 2008**
_____

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

## Disclosure Pursuant to 11 U.S.C. §527(a)(2)

You are notified:

1.  All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.

2.  All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case. Some places in the Bankruptcy Code require that you list the replacement value of each asset. This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry. For property acquired for personal, family, or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.

3.  The following information, which appears on Official Form 22, Statement of Current Monthly Income, is required to be stated after reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2)).

4.  Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions.

## IMPORTANT INFORMATION ABOUT BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of the creditors where you may be questioned by a court official called a 'trustee' and by creditors.

If you choose to file a chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than chapter 7 or chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Vadim Mogilevsky**
  **Marina Mogilevsky** _____    Case No. _____

                                                  Debtor(s)        Chapter    **7** _____

# BUSINESS INCOME AND EXPENSES

### FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

  1. Gross Income For 12 Months Prior to Filing:                  $        **27,220.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

  2. Gross Monthly Income                              $        **2,270.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)    $ | **0.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **0.00** |
| 8. Inventory Purchases (Including raw materials) | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **0.00** |
| 11. Utilities | **0.00** |
| 12. Office Expenses and Supplies | **0.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **0.00** |
| 18. Insurance | **0.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

      DESCRIPTION                          TOTAL

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Advertising** | **120.00** |
| **Car & truck expenses** | **330.00** |
| **Insurance** | **30.00** |
| **Supplies** | **195.00** |
| **Meals & entertainment** | **10.00** |
| **Parking** | **275.00** |
| **Legal & professional** | **25.00** |

  22. Total Monthly Expenses (Add items 3-21)                  $        **985.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

  23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)      $        **1,285.00**

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Vadim Mogilevsky,**
    **Marina Mogilevsky**

Case No. _____

                                Debtors

Chapter_____**7**_____

## DECLARATION OF COMPLIANCE WITH RULE 9009

The undersigned is the attorney for the debtor in this case.

The undersigned declares under penalty of perjury that the Schedules and Forms filed in this case for the debtor were computer generated using *Best Case Bankruptcy* and conform with those prescribed by Bankruptcy Rule 9009.

Date____**November  4, 2008**____

**/s/ Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**____

Signature of attorney
**Alexey Y. Kaplan (Kaplan Law Offices, P.C.) 6272494**
**Kaplan Law Offices, P.C.**
**4043 Dempster**
**Skokie, IL 60076**
**847-676-8600**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Vadim Mogilevsky**
       **Marina Mogilevsky**                         Case No. _____

Debtor(s)          Chapter   **7** _____

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I,   **Vadim Mogilevsky**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

■    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I,   **Marina Mogilevsky**  , declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐    I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐    I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☐    I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date   **November  4, 2008**           Signature   **/s/ Vadim Mogilevsky**
                                           **Vadim Mogilevsky**
                                           Debtor


Date   **November  4, 2008**           Signature   **/s/ Marina Mogilevsky**
                                           **Marina Mogilevsky**
                                           Joint Debtor

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)    the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)    the effect of receiving a discharge of debts
(3)    the effect of reaffirming a debt; and
(4)    your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,000,000 ($250,000 in unsecured debts and $750,000 in secured debts).

**AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.**

| /s/ Vadim Mogilevsky | November  4, 2008 | /s/ Marina Mogilevsky | November  4, 2008 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |